IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JIMMY OWEN,

   Appellant,

v.

BAY DISTRICT SCHOOLS,
BAY COUNTY, FLORIDA,

   Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-0352

Opinion filed September 3, 2014.

An appeal from the Circuit Court for Bay County.
Michael C. Overstreet, Judge.

Cecile M. Scoon of Peters & Scoon, Panama City, for Appellant.

Heather K. Hudson and Dixon Ross McCloy, Jr. of Harrison Sale McCloy, Panama City, for Appellee.

PER CURIAM.

  AFFIRMED.

WOLF, ROBERTS, and ROWE, JJ., CONCUR.